*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 22-BG-810**

IN RE NEMA SAYADIAN,

**DDN: 2022-D106**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 991138**

BEFORE: Beckwith, Easterly, and Deahl, Associate Judges.

### O R D E R
(FILED— January 5, 2023)

On consideration of the certified order from the state of Maryland suspending respondent from the practice of law by consent for 60 days, stayed in favor of two years of probation with terms; this court's October 28, 2022, order directing respondent to show cause why reciprocal discipline should not be imposed; respondent's response stating that he does not oppose identical discipline; and the statement of Disciplinary Counsel, it is

ORDERED that Nema Sayadian is hereby suspended from the practice of law in the District of Columbia for 60 days, stayed in favor of two years of probation subject to compliance with all terms imposed by the state of Maryland. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that there is a rebuttable presumption in favor of imposition of identical discipline and exceptions to this presumption should be rare).

**PER CURIAM**